MARALYN ENGLISH (8468)
SCOTT YOUNG (10695)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone:  (801) 521-9000
Facsimile:  (801) 363-0400
mme@scmlaw.com
sy@scmlaw.com
*Attorneys for Defendant Savicom, Inc., dba Mindshare Design
and DG International Limited LLC*

BRIAN P. ASTRUP
KLEIN MOYNIHAN TURCO LLP
450 7th Avenue
New York, NY 10123
Telephone: (212) 246-0900
*Attorneys for Defendant Savicom, Inc., dba Mindshare Design
and DG International Limited LLC*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAVICOM, INC., DBA MINDSHARE DESIGN, a California entity; DG INTERNATIONAL LIMITED, a foreign entity; DG INTERNATIONAL LIMITED, LLC, a Delaware entity; and SYLVIA VAN BAEKEL, an individual, <br><br> Defendants. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DG INTERNATIONAL LIMITED LLC** <br><br> Civil No. 2:17-cv-1098 <br><br> Judge Jill Parrish |

Pursuant to DUCivR 83-1.4, the law firm of Snow, Christensen & Martineau and firm lawyers Scott Young and Maralyn English and the law firm of Klein Moynihan Turco LLP and firm lawyer Brian Astrup, hereby move to withdraw as counsel for the following defendant ("DG LLC" or "Client"):

|                   |                          |
|-------------------|--------------------------|
| Client Name:      | DG International Limited LLC |
| Address:          | Trolley Square, Suite 20C   |
| City, State, Zip: | New Castle, Delaware 19806  |
| Telephone Number: | 800-462-4633               |

The reasons for withdrawal are as follows:

DG LLC has advised that it no longer wishes to pay for the costs to litigate this matter. Counsel has advised DG LLC that withdrawal of Counsel will likely lead to a default judgment. Counsel has advised DG LLC of the effect of a default judgment.

In the event this motion is granted, Client or new counsel for Client must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court. Pursuant to Utah DUCivR 83-1.4, no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

__X___ This motion is made with the Clients' consent, which is attached to this motion.
_____ This motion is made without the Clients' consent and is accompanied by:

_____certification that Clients have been served with (i) a copy of this motion, (ii) the attached written description of the status of the case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and the possibility of sanctions; or

_____certification that the Clients cannot be located or, for any other reason, cannot be notified of the pendency of the motion and the status of the case.

__X___ The undersigned certifies:

___X___no trial date is set; or

_____trial is set for _____ and

_____a certification signed by the substituting attorney is attached, indicating such attorney has been advised of the trial date and will be prepared for trial; or

_____a certification signed by Counsel is attached indicating that Client is prepared for trial as scheduled and is eligible pursuant to DUCivR 83-1.3 to appear pro se at trial; or

_____the following specific facts justify withdrawal of counsel without present appearance of substitute counsel or appearance by the individual party:

__X___ The form of an order is attached to this motion and has been submitted in word format by email to the presiding judge in this case.

## CERTIFICATION

Counsel hereby certifies that a copy of this Motion for Withdrawal of Counsel has been sent to Clients at the address indicated above.

DATED this 29th day of June, 2018.

SNOW, CHRISTENSEN & MARTINEAU

By ____/s/ Scott Young_____
   Maralyn English
   Scott Young
   Attorneys for Defendant DG International
   Limited, LLC

DATED this 29th day of June, 2018.

<div style="margin-left:40%;">

KLEIN MOYNIHAN TURCO LLP


By    <u>Brian P. Astrup</u>

   Brian P. Astrup
   Attorneys for Defendant DG International
   Limited LLC

</div>

**STATUS REPORT**

The motion to dismiss filed DG International Limited LLC ("DG LLC") was denied by this Court on June 8, 2018 [Dkt. No. 50]. The parties filed the Attorney Planning Meeting Report on June 22, 2018 [Dkt. No. 59].  Plaintiff Zoobuh, Inc. served discovery requests on DG LLC on June 22, 2018.  The Court ordered limited jurisdictional discovery on defendant Mindshare Design, Inc. d/b/a Savicom, Inc. and for that discovery to be completed within 60 days of the Court's order dated June 8, 2018 [Dkt. No. 50].

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2018, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DG INTERNATIONAL LIMITED LLC** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

In addition, I hereby certify that I served the following non-CM/ECF participant(s) by electronic mail:

DG International Limited LLC
Trolley Square, Suite 20C
New Castle, Delaware 19806

/s/ Kathy Pickett
_____