MARALYN ENGLISH (8468)
SCOTT YOUNG (10695)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
mme@scmlaw.com
sy@scmlaw.com
*Attorneys for Defendant Savicom, Inc., dba Mindshare Design and DG International Limited LLC*

BRIAN P. ASTRUP
KLEIN MOYNIHAN TURCO LLP
450 7th Avenue
New York, NY 10123
Telephone: (212) 246-0900
*Attorneys for Defendant Savicom, Inc., dba Mindshare Design and DG International Limited LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., DBA MINDSHARE DESIGN, a California entity; DG INTERNATIONAL LIMITED, a foreign entity; DG INTERNATIONAL LIMITED, LLC, a Delaware entity; and SYLVIA VAN BAEKEL, an individual,<br><br>        Defendants. | **DECLARATION OF SYLVIA VAN BAEKEL**<br><br>Civil No. 2:17-cv-1098<br><br>Judge Jill Parrish |

I, Sylvia van Baekel, declare:

1. I am the Director of DG International Limited LLC ("DG LLC") which is a single-member LLC organized under the laws of Delaware, with its principal place of business located at Trolley Square, Suite 20C, New Castle, Delaware 19806.

2. I submit this declaration in support of the Motion to Withdraw as Counsel for DG LLC filed by the law firm of Snow, Christensen & Martineau and firm lawyers Scott Young and Maralyn English, and the law firm of Klein Moynihan Turco LLP and firm lawyer Brian Astrup (collectively "Counsel").

3. DG LLC has requested that Counsel withdraw from this case.

4. DG LLC does not have the financial resources to continue to pay its Counsel and has instructed Counsel to cease working on this matter.

5. DG LLC is currently evaluating the company's future.

6. Counsel has informed DG LLC as to the effect of a default judgment.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of June, 2018.

_____
Sylvia van Baekel