**JORDAN K. CAMERON (12051)**
 jcameron@djplaw.com
**DURHAM, JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VAN BAEKEL**<br><br><br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

Plaintiff ZooBuh, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), hereby gives notice of the voluntary dismissal of this matter as to Defendant, Sylvia Van Baekel, without prejudice. ZooBuh has been unsuccessful in locating Ms. Baekel for service of process and Ms. Baekel has not filed an Answer of Motion for Summary Judgment in this case. Therefore, dismissal is appropriate upon notice alone.

1

SLC_4129406

DATED this 13th day of March, 2019

                                              DURHAM JONES & PINEGAR, P.C.

                                              /s/ Jordan K. Cameron
                                              Jordan K. Cameron
                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing was electronically filed on March 13, 2019. Notice of this filing will be sent to the Defendants through U.S. prepaid mail to:

    DG International Limited LLC
    Trolley Square, Suite 20C
    New Castle, Delaware 19806

    DG International Limited
    Trolley Square, Suite 20C
    New Castle, Delaware 19806

                                         /s/ Kim Altamirano
                                         Kim Altamirano

SLC_4129406