**JORDAN K. CAMERON (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>          Defendants. | **APPLICATION FOR WRIT OF EXECUTION**<br><br><br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

    1.    On April 4, 2019, this Court entered judgment against DG International Limited, LLC, in the amount of $3,003,600.00. *See* Default Judgment [ECF 82].

    2.    The amount due it $3,003,600.00

    3.    The judgment debtor is:

        DG International Limited, LLC
        19c Trolley Sq.
        Wilmington, Delaware 19806

    4.    I request that a *Writ of Execution* be issued directing the U.S. Marshal to seize and sell enough of the judgment debtor's property described below to satisfy the judgment. I request that the Writ be served on the people named in Paragraph 5 via mail.

5.  I request that the Writ of Execution direct the U.S. Marshal to seize and sell the debtor's following personal property:

| Description | Location | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|---|
| XDATING Service Mark Registration Number 4850880 Serial Number 86585885 | United States Patent and Trademark Office<br><br>Intangible property that cannot by physically seized. The property can be sold through notice and identification only. | Unknown but less than the judgment amount | None |

6.  Given that Defendant defaulted in this action, Plaintiff respectfully requests that the Court permit service of the Writ of Execution along with the Notice of Execution, Exemptions, and Right to a Hearing and Request for Hearing form via mail to the company's registered address:

DG International Limited, LLC
19c Trolley Sq.
Wilmington, Delaware 19806

7.  I have not included any non-public information in this document.

DATED this 19th day of April, 2019.

DURHAM JONES & PINEGAR, P.C

/s/ Jordan Cameron
Jordan K. Cameron
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to confirm that a copy of the foregoing was electronically filed on April 19, 2019. Notice of this filing will be sent to the Defendants through U.S. prepaid mail to:

DG International Limited LLC
Trolley Square, Suite 20C
New Castle, Delaware 19806

DG International Limited
Trolley Square, Suite 20C
New Castle, Delaware 19806

/s/ Kim Altamirano
Kim Altamirano