# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | WRIT OF EXECUTION<br><br><br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

TO THE UNITED STATES MARSHAL:

1. On April 4, 2019, this Court entered judgment against DG International Limited, LLC in the amount of $3,003,600.00.

2. You are directed to seize and sell through auction enough of the judgment debtor's non-exempt property described in Paragraph 5 of the *Application for Writ of Execution* to satisfy that amount. Specifically,

| Description | Location | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|---|
| XDATING<br>Service Mark<br>Registration Number 4850880<br>Serial Number 86585885 | United States Patent and Trademark Office<br><br>Intangible property that cannot by physically seized. The property can be sold through notice and identification only. | Unknown but less than the judgment amount | None |

3. The Judgment Creditor shall serve, via mail, this Writ and all attachments on the people named in Paragraph 5 of the *Application for Writ of Execution*.

1

SLC_4235032.1

4.  The Judgment Creditor shall serve, via mail, this Writ and all attachments on the Judgment Debtor via mail.

TO THE JUDGMENT DEBTOR (VIA MAIL):  You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the Marshal's schedule from the levy.

DATED this _____ day of _____, 2019.

_____
Clerk of the Court

RETURN

Date Received:

Date of Execution of Writ:

This writ was received and executed.

_____