# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **ZOOBUH, INC., a Utah corporation**<br><br>Plaintiff,<br><br>vs.<br><br>**SAVICOM, INC., et al.**<br><br>Defendants. | **ORDER GRANTING MOTION TO ISSUE SEALED WRIT**<br><br>Case No.: 2:17-cv-01098-JNP-PMW<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Paul M. Warner |

This matter came before the court on Plaintiff's Motion to Issue Sealed Writ. Based on the argument and evidence submitted to the court, and good cause appearing, the court GRANTS the Motion to Issue Sealed Writ.

IT IS SO ORDERED.

DATED this 22nd day of April, 2019.

BY THE COURT

_/s/ Paul M. Warner_

PAUL M. WARNER
Chief United States Magistrate Judge