CONFIDENTIAL

FILED
U.S. DISTRICT COURT

2019 MAY -9  A 10: 36

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | WRIT OF EXECUTION<br><br>UNDER SEAL PER ORDER OF COURT<br>[ECF 83]<br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |
|---|---|

TO THE UNITED STATES MARSHAL:

1.   On April 4, 2019, this Court entered judgment against DG International Limited in the amount of $3,003,600.00.

2.   You are directed to seize and sell through auction enough of the judgment debtor's non-exempt property described in Paragraph 5 of the *Application for Writ of Execution* to satisfy that amount. Specifically,

| Description | Location | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|---|
| affairsclub.com<br>bill-dg.com<br>billdg.net<br>bill-dgint.com<br>billxd.com<br>bill-xd.com<br>billxd.net<br>connectndate.com<br>costa-rica-fishing.info<br>costaricashopping.com<br>cougarpersonalads.com<br>crtourism.com<br>dateconfirm.com<br>dgbill.com | GoDaddy<br>14455 N. Hayden Rd.,<br>STE. 226<br>Scottsdale, AZ 85260<br><br>These web domains are intangible property. There is no physical property to seize. Accordingly, they can be sold through notice and identification only. | Unknown but less than the judgment amount | None |

| | | | |
|---|---|---|---|
| dg-bill.com<br>dgbill.net<br>dgbill.org<br>dg-charge.com<br>dg-dgbill.com dg-xdapay.com<br>dgfee.com<br>dg-fee.com<br>dgintbill.com<br>dgintbill.net<br>dginternationalgroup.com<br>dgmailservice.com<br>dg-pay.com<br>dgsocialmail.com<br>dgxbill.com<br>dgxpay.com<br>dgxpay.net<br>downtobang.com<br>downtobang.net<br>flirtingstudents.com<br>gonnabang.com<br>gonnabang.net<br>handymanjaco.com<br>hookinguptonight.com<br>horneymatches.com<br>hornymatches.com<br>hornymatches.net<br>hornymatcheslive.com<br>hornymatcheslive.net<br>icrushes.com<br>internebula.net<br>locatingmatch.com<br>lonelywivesaffairs.com<br>marriedandlonelypeople.com<br>meetupinyourcity.com<br>milf-date.com<br>milfmatches.com<br>okfucker.com<br>passionmatches.com<br>paydgint.com<br>pay-dgint.com<br>pay-xd.com<br>payxd.net | | | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| *personaldatefinder.com*<br>*pimpmansion.com*<br>*processingsecure.com*<br>*queposfishingreport.com*<br>*renthousecostarica.com*<br>*renthousecostarica.net*<br>*serviceleverage.com*<br>*sexdatepersonals.com*<br>*soyoulike.me*<br>*trueadultdate.com*<br>*xaffairs.com*<br>*x-affairs.com*<br>*xdabill.com*<br>*xdalerts.com*<br>*xdapay.com*<br>*xdapay.net*<br>*xdatead.com*<br>*xdateads.com*<br>*xdatealerts.com*<br>*x-dating.com*<br>*xd-bill.com*<br>*xd-bill.net*<br>*xd-charge.com*<br>*xd-charge.net*<br>*xd-fee.com*<br>*xd-pay.com*<br>*xd-pay.net*<br>*xmatchup.biz*<br>*xmatchup.com*<br>*xmatchup.info*<br>*xmatchup.mobi*<br>*xmatchup.net*<br>*xmatchup.org* | | | |
| *xdating.com* | *Internet Domain BS Corp.*<br>*Montagu Foreshore*<br>*East Bay Street*<br>*Nassau*<br>*The Bahamas*<br>*P.O. Box SS-19084*<br><br>*This web domain is*<br>*intangible property. There* | *Unknown but*<br>*less than the*<br>*judgment*<br>*amount* | *None* |

3

SLC_4235021.1

|  | *is no physical property to seize. Accordingly, it can be sold through notice and identification only.* |  |  |
|--|--|--|--|

    3.    The Judgment Creditor shall serve, via mail, this Writ and all attachments on the people named in Paragraph 5 of the *Application for Writ of Execution*.

    4.    The Judgment Creditor shall serve, via mail, this Writ and all attachments on the Judgment Debtor via mail.

    TO THE JUDGMENT DEBTOR (VIA MAIL):  You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the Marshal's schedule from the levy.

DATED this 22nd day of April, 2019.   D. MARK JONES

                                                            Clerk of the Court By Deputy Clerk

## RETURN

Date Received:

Date of Execution of Writ:

This writ was received and executed.

_____

SLC_4235021.1