**JORDAN K. CAMERON (12051)**
 jcameron@djplaw.com
**DURHAM, JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **ZOOBUH, INC.,** a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>**SAVICOM, INC.; et al.,**<br><br>Defendants. | **TRANSFER ORDER RE: DOMAINS PURCHASED AT AUCTION**<br><br>**[FILED UNDER SEAL]**<br><br>**Case No.: 2:17-cv-01098-JNP-PMW**<br><br>**District Judge Jill N. Parrish**<br>**Chief Magistrate Judge Paul M. Warner** |

THE UNITED STATES DISTRICT COURT,

TO:  Domain registry for the Domains listed on Exhibit A.

You are commanded to transfer the domains listed on Exhibit A to the registrar selected by ZooBuh, Inc. who purchased the property at auction on May 9, 2019.

IT IS SO ORDERED.

DATED this 15th day of May, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge

# EXHIBIT A

**Domains Purchased by ZooBuh, Inc. at Auction**

affairsclub.com
bill-dg.com
billdg.net
bill-dgint.com
billxd.com
bill-xd.com
billxd.net
connectndate.com
costa-rica-fishing.info
costaricashopping.com
cougarpersonalads.com
crtourism.com
dateconfirm.com
dgbill.com
dg-bill.com
dgbill.net
dgbill.org
dg-charge.com
dg-dgbill.com
dg-xdapay.com
dgfee.com
dg-fee.com
dgintbill.com
dgintbill.net
dginternationalgroup.com
dgmailservice.com
dg-pay.com
dgsocialmail.com
dgxbill.com
dgxpay.com
dgxpay.net
downtobang.com
downtobang.net
flirtingstudents.com
gonnabang.com
gonnabang.net
handymanjaco.com
hookinguptonight.com

horneymatches.com
hornymatches.com
hornymatches.net
hornymatcheslive.com
hornymatcheslive.net
icrushes.com
internebula.net
locatingmatch.com
lonelywivesaffairs.com
marriedandlonelypeople.com
meetupinyourcity.com
milf-date.com
milfmatches.com
okfucker.com
passionmatches.com
paydgint.com
pay-dgint.com
pay-xd.com
payxd.net
personaldatefinder.com
pimpmansion.com
processingsecure.com
queposfishingreport.com
renthousecostarica.com
renthousecostarica.net
serviceleverage.com
sexdatepersonals.com
soyoulike.me
trueadultdate.com
xaffairs.com
x-affairs.com
xdabill.com
xdalerts.com
xdapay.com
xdapay.net
xdatead.com
xdateads.com
xdatealerts.com

xdating.com
x-dating.com
xd-bill.com
xd-bill.net
xd-charge.com
xd-charge.net
xd-fee.com
xd-pay.com
xd-pay.net
xmatchup.biz
xmatchup.com
xmatchup.info
xmatchup.mobi
xmatchup.net
xmatchup.org