```
                                              FILED IN UNITED STATES DISTRICT
                                                 COURT, DISTRICT OF UTAH

                                                      JUN 1 4 2019

                                                 D. MARK JONES, CLERK
                                              BY_____
           UNITED STATES DISTRICT COURT              DEPUTY CLERK
         DISTRICT OF UTAH, CENTRAL DIVISION
```

| ZOOBUH, INC., a Utah Corporation | WRIT OF EXECUTION RE SECOND APPLICATION |
|---|---|
| Plaintiff, | |
| vs. | WRIT ISSUED |
| SAVICOM, INC., et al. | Case No.: 2:17cv01098 JNP |
| Defendants. | Judge Jill N. Parrish |

TO THE UNITED STATES MARSHAL:

    1.    On April 4, 2019, this Court entered judgment against DG International Limited, LLC in the amount of $3,003,600.00.

    2.    You are directed to seize and sell through auction enough of the judgment debtor's non-exempt property described in Paragraph 5 of the *Second Application for Writ of Execution* to satisfy that amount. Specifically,

| Description | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|
| adultfriendfinderbitches.com<br>datesociable.org<br>dgbilling.org<br>dgibill.com<br>dginternational.com<br>digibill.org<br>exdating.co<br>exdating.org<br>flirtpuppy.co.uk<br>flirtpuppy.org.uk<br>freeadultdatingpersonals.org<br>fuckingfriendfinder.com<br>fuckingfriendfinder.net | Unknown but less than the judgment amount | None |

1

| | | |
|---|---|---|
| hookinguptonight.net<br>hornymatches.org.uk<br>internebula.uk<br>onlinedatingmail.com<br>sexsearchdating.net<br>sexsearchpersonals.net<br>smartbros.com<br>snderpro.com<br>sociabledate.org<br>thefacebookforsex.com<br>thefacebookforsex.net<br>x-dating.biz<br>x-dating.info<br>xdating.info<br>xdating.org.uk<br>xdating.us<br>xdoffers.com<br>xdpromos.com | | |
| Website content, images, customer accounts, accounts receivable, source code, computer code, databases, database content, database dumps, algorithms, and all other web based assets and intellectual property and good will (collectively "Virtual Assets") of DG International Limited including all Virtual Assets connected to the websites identified on Exhibit A hereto. | Unknown but less than the judgment amount | None |

    3.    The Judgment Creditor shall serve, via mail, this Writ and all attachments on the people named in Paragraph 5 of the *Application for Writ of Execution*.

    4.    The Judgment Creditor shall serve, via mail, this Writ and all attachments on the Judgment Debtor via mail.

TO THE JUDGMENT DEBTOR (VIA MAIL): You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the Marshal's schedule from the levy.

DATED this 14th day of June, 2019.

_____
Clerk of the Court

RETURN

Date Received:

Date of Execution of Writ:

This writ was received and executed.

_____

3

JORDAN K. CAMERON (12051)
*jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

FILED
U.S. DISTRICT COURT

2019 MAY 29 A 10: 15

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

SEALED

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | SECOND APPLICATION FOR WRIT OF EXECUTION<br><br>UNDER SEAL PER ORDER OF COURT [ECF 83]<br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

1.    On April 4, 2019, this Court entered judgment against DG International Limited in the amount of $3,003,600.00. *See* Default Judgment [ECF 82].

2.    The amount due it $3,003,550.00

3.    The judgment debtor is:

DG International Limited
Suite 142, The Beehive
Rohais, St. Peter Port, Guernsey
GY1 3HT

4.    I request that a *Writ of Execution* be issued directing the U.S. Marshal to seize and sell enough of the judgment debtor's property described below to satisfy the judgment. I request that the Writ be served on the people named in Paragraph 5 via mail.

1

SLC_4290215.1

5.  I request that the Writ of Execution direct the U.S. Marshal to seize and sell the debtor's following personal property:

| Description | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
| --- | --- | --- |
| adultfriendfinderbitches.com<br>datesociable.org<br>dgbilling.org<br>dgibill.com<br>dginternational.com<br>digibill.org<br>exdating.co<br>exdating.org<br>flirtpuppy.co.uk<br>flirtpuppy.org.uk<br>freeadultdatingpersonals.org<br>fuckingfriendfinder.com<br>fuckingfriendfinder.net<br>hookinguptonight.net<br>hornymatches.org.uk<br>internebula.uk<br>onlinedatingmail.com<br>sexsearchdating.net<br>sexsearchpersonals.net<br>smartbros.com<br>snderpro.com<br>sociabledate.org<br>thefacebookforsex.com<br>thefacebookforsex.net<br>x-dating.biz<br>x-dating.info<br>xdating.info<br>xdating.org.uk<br>xdating.us<br>xdoffers.com<br>xdpromos.com | Unknown but less than the judgment amount | None |
| Website content, images, customer accounts, accounts receivable, source code, | Unknown but less than the judgment | None |

2

| | | |
|---|---|---|
| *computer code, databases, database content, database dumps, algorithms, and all other web based assets and intellectual property and good will (collectively "Virtual Assets") of DG International Limited including all Virtual Assets connected to the websites identified on Exhibit A hereto.* | *amount* | |

6. Given that Defendant is a foreign entity and defaulted in this action, Plaintiff respectfully requests that the Court permit service of the Redacted Writ of Execution along with the Notice of Execution, Exemptions, and Right to a Hearing and Request for Hearing form via mail to the address identified on Defendant's websites which is:

DG International Limited
Suite 142, The Beehive
Rohais, St. Peter Port, Guernsey
GY1 3HT.

7. I have not included any non-public information in this document.

DATED this 20th day of May, 2019.

DURHAM JONES & PINEGAR, P.C

/s/ Jordan Cameron
Jordan K. Cameron
*Attorneys for Plaintiff*

3

SLC_4290215.1

# Exhibit A – Personal Property

adultfriendfinderbitches.com
affairsclub.com
bill-dg.com
billdg.net
bill-dgint.com
billxd.com
bill-xd.com
billxd.net
connectndate.com
costa-rica-fishing.info
costaricashopping.com
cougarpersonalads.com
crtourism.com
dateconfirm.com
datesociable.org
dgbill.com
dg-bill.com
dgbill.net
dgbill.org
dgbilling.org
dg-charge.com
dg-dgbill.com
dgfee.com
dg-fee.com
dgibill.com
dgintbill.com
dgintbill.net
dginternational.com
dginternationalgroup.com
dgmailservice.com
dg-pay.com
dgsocialmail.com
dgxbill.com
dg-xdapay.com
dgxpay.com
dgxpay.net
digibill.org
downtobang.com
downtobang.net
exdating.co
exdating.org
flirtingstudents.com
flirtpuppy.co.uk
flirtpuppy.org.uk
freeadultdatingpersonals.org
fuckingfriendfinder.com

fuckingfriendfinder.net
gonnabang.com
gonnabang.net
handymanjaco.com
hookinguptonight.com
hookinguptonight.net
horneymatches.com
hornymatches.com
hornymatches.net
hornymatches.org.uk
hornymatcheslive.com
hornymatcheslive.net
icrushes.com
internebula.net
internebula.uk
locatingmatch.com
lonelywivesaffairs.com
marriedandlonelypeople.com
meetupinyourcity.com
milf-date.com
milfmatches.com
okfucker.com
onlinedatingmail.com
passionmatches.com
paydgint.com
pay-dgint.com
pay-xd.com
payxd.net
personaldatefinder.com
pimpmansion.com
processingsecure.com
queposfishingreport.com
renthousecostarica.com
renthousecostarica.net
serviceleverage.com
sexdatepersonals.com
sexsearchdating.net
sexsearchpersonals.net
smartbros.com
snderpro.com
sociabledate.org
soyoulike.me
thefacebookforsex.com
thefacebookforsex.net
trueadultdate.com
xaffairs.com

x-affairs.com
xdabill.com
xdalerts.com
xdapay.com
xdapay.net
xdatead.com
xdateads.com
xdatealerts.com
x-dating.biz
xdating.com
x-dating.com
xdating.info
x-dating.info
xdating.org.uk
xdating.us
xd-bill.com
xd-bill.net
xd-charge.com
xd-charge.net
xd-fee.com
xdoffers.com
xd-pay.com
xd-pay.net
xdpromos.com
xmatchup.biz
xmatchup.com
xmatchup.info
xmatchup.mobi
xmatchup.net
xmatchup.org