FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 1 4 2019

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | WRIT OF EXECUTION RE THIRD APPLICATION<br><br>WRIT ISSUED<br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

TO THE UNITED STATES MARSHAL:

1. On April 4, 2019, this Court entered judgment against DG International Limited, LLC in the amount of $3,003,600.00.

2. You are directed to seize and sell through auction enough of the judgment debtor's non-exempt property described in Paragraph 5 of the *Third Application for Writ of Execution* to satisfy that amount. Specifically,

| Description | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|
| bootycallads.com<br>icontroltraffic.com<br>lbbill.com<br>localbootyonly.com<br>personalsmedialtd.com<br>vl-bill.com | Unknown but less than the judgment amount | Virtual Landscape Limited<br>Suite 102, Envoy House<br>La Vrangue, St. Peter Port<br>Guernsey, GY1 3EN |
| amateurvideosonline.com<br>bill-ds.com<br>bootycalldate.com<br>c-cbill.com<br>citascasuales.com<br>clickconnectllc.com | | Personals Media Limited<br>Armory Building, Victoria Road<br>Basseterre, Saint Kitts,<br>00000, KN |

1

SLC_4291034.1

| | | |
|---|---|---|
| costaricaresidence.com | | |
| digitallandscapelimited.com | | |
| digitalspherelimited.com | | |
| digitalspheremedia.com | | |
| digitaltagllc.com | | |
| dlvrer.com | | |
| dtbill.com | | |
| dtf7.net | | |
| gbnotifications.com | | |
| gbtc1.com | | |
| gonnacam.com | | |
| hornyflirtfinder.com | | |
| iou6.net | | |
| lbnotifications.com | | |
| lbnotify.com | | |
| learnhowtogetanygirl.com | | |
| localadulthookup.com | | |
| localbooty.com | | |
| localbootycams.com | | |
| localbootylive.com | | |
| lossuenoshouse.com | | |
| lossuenosowners.com | | |
| md5s.net | | |
| mrshub.com | | |
| onlydtf.com | | |
| onlydtfcams.com | | |
| qdlvry.com | | |
| r2d-international.com | | |
| redirectsmart.com | | |
| smtpdlvr.com | | |
| unoclicky.com | | |
| vl-ltd.com | | |
| vllbill.com | | |
| wc-bill.com | | |
| wcbill.com | | |
| web-connectllc.com | | |
| wlibill.com | | |
| xdatenotify.com | | |
| xdnotifications.com | | |
| xdnotify.com | | |
| xpersonals.com | | |
| xplpay.com | | |

| Website content, images, customer accounts, accounts receivable, source code, computer code, databases, database content, database dumps, algorithms, and all other web based assets and intellectual property and good will (collectively "Virtual Assets") of the foregoing domains | Unknown but less than the judgment amount | Virtual Landscape Limited Suite 102, Envoy House La Vrangue, St. Peter Port Guernsey, GY1 3EN  Personals Media Limited Armory Building, Victoria Road Basseterre, Saint Kitts, 00000, KN |
|---|---|---|

3. The Judgment Creditor shall serve, via mail, this Writ and all attachments on the people named in Paragraph 5 of the *Application for Writ of Execution*.

4. The Judgment Creditor shall serve, via mail, this Writ and all attachments on the Judgment Debtor via mail.

TO THE JUDGMENT DEBTOR (VIA MAIL): You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the Marshal's schedule from the levy.

DATED this 14th day of June, 2019.

_____
Clerk of the Court

RETURN

Date Received:

Date of Execution of Writ:

This writ was received and executed.

3

SLC_4291034.1

JORDAN K. CAMERON (12051)
jcameron@djplaw.com
DURHAM JONES & PINEGAR, P.C.
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

FILED
U.S. DISTRICT COURT
2019 MAY 29 A 10: 15
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | THIRD APPLICATION FOR WRIT OF EXECUTION<br><br>UNDER SEAL PER ORDER OF COURT [ECF 83]<br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

1. On April 4, 2019, this Court entered judgment against DG International Limited in the amount of $3,003,600.00. *See* Default Judgment [ECF 82].

2. The amount due it $3,003,550.00

3. The judgment debtor is:

   DG International Limited
   Suite 142, The Beehive
   Rohais, St. Peter Port, Guernsey
   GY1 3HT

4. I request that a *Writ of Execution* be issued directing the U.S. Marshal to seize and sell enough of the judgment debtor's property described below to satisfy the judgment. I request that the Writ be served on the people named in Paragraph 5 via mail.

1

SLC_4290930.1

5.   I request that the Writ of Execution direct the U.S. Marshal to seize and sell the debtor's following personal property:

| Description | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|
| bootycallads.com<br>icontroltraffic.com<br>lbbill.com<br>localbootyonly.com<br>personalsmedialtd.com<br>vl-bill.com | Unknown but less than the judgment amount | Virtual Landscape Limited<br>Suite 102, Envoy House<br>La Vrangue, St. Peter Port<br>Guernsey, GY1 3EN |
| amateurvideosonline.com<br>bill-ds.com<br>bootycalldate.com<br>c-cbill.com<br>citascasuales.com<br>clickconnectllc.com<br>costaricaresidence.com<br>digitallandscapelimited.com<br>digitalspherelimited.com<br>digitalspheremedia.com<br>digitaltagllc.com<br>dlvrer.com<br>dtbill.com<br>dtf7.net<br>gbnotifications.com<br>gbtc1.com<br>gonnacam.com<br>hornyflirtfinder.com<br>iou6.net<br>lbnotifications.com<br>lbnotify.com<br>learnhowtogetanygirl.com<br>localadulthookup.com<br>localbooty.com<br>localbootycams.com<br>localbootylive.com<br>lossuenoshouse.com<br>lossuenosowners.com | | Personals Media Limited<br>Armory Building, Victoria Road<br>Basseterre, Saint Kitts, 00000, KN |

SLC_4290930.1

| | | |
|---|---|---|
| *md5s.net*<br>*mrshub.com*<br>*onlydtf.com*<br>*onlydtfcams.com*<br>*qdlvry.com*<br>*r2d-international.com*<br>*redirectsmart.com*<br>*smtpdlvr.com*<br>*unoclicky.com*<br>*vl-ltd.com*<br>*vllbill.com*<br>*wc-bill.com*<br>*wcbill.com*<br>*web-connectllc.com*<br>*wlibill.com*<br>*xdatenotify.com*<br>*xdnotifications.com*<br>*xdnotify.com*<br>*xpersonals.com*<br>*xplpay.com* | | |
| *Website content, images, customer accounts, accounts receivable, source code, computer code, databases, database content, database dumps, algorithms, and all other web based assets and intellectual property and good will (collectively "Virtual Assets") of the foregoing domains* | *Unknown but less than the judgment amount* | *Virtual Landscape Limited Suite 102, Envoy House La Vrangue, St. Peter Port Guernsey, GY1 3EN*<br><br>*Personals Media Limited Armory Building, Victoria Road Basseterre, Saint Kitts, 00000, KN* |

6. Given that Defendant is a foreign entity and defaulted in this action, Plaintiff respectfully requests that the Court permit service of the Redacted Writ of Execution along with the Notice of Execution, Exemptions, and Right to a Hearing and Request for Hearing form via mail to the address identified on Defendant's websites which is:

DG International Limited
Suite 142, The Beehive
Rohais, St. Peter Port, Guernsey
GY1 3HT.

3

SLC_4290930.1

7. I have not included any non-public information in this document.

DATED this 20th day of May, 2019.

                                                  DURHAM JONES & PINEGAR, P.C

                                                  /s/ Jordan Cameron
                                                  Jordan K. Cameron
                                                  *Attorneys for Plaintiff*