UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

_____CENTRAL_____ DIVISION

FILED
US DISTRICT COURT
2019 JUN 19 A 10: 03
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| | |
|---|---|
| ZOOBUH, INC., <br><br>Plaintiff, <br><br>vs. <br><br>SAVICOM, INC., dba MINDSHARE DESIGN; DG INTERNATIONAL LIMITED; DG INTERNATIONAL LIMITED, LLC; <br>Defendant, | **APPLICATION FOR GARNISHMENT** <br><br> **Case No.** 2:17cv01098 JNP |

The Plaintiff hereby applies for a writ of garnishment on the following grounds:

1. That judgment has been entered in the above-cited action requiring the payment of money. The amount that remains due on the judgment is $ 3,003,500.00   .

2. That the property to be garnished consists of :
   Any and all money held or collected by you for the Judgment Debtor including but not limited to, all money in any account of any kind, such as merchant accounts, deposit accounts, savings accounts, checking accounts, etc.

   *(If known, list the nature, location, account number and estimated value of the property)*
   held by:
   Bank of America Corporation
   Registered Agent: The Corporation Trust Company
   Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801

   *(List name, address and phone number of the person holding the property)*

3. That the business or person to be charged as garnishee is:
   DG International Limited

4. That: (check one of the following)
   ☐ a. Said property consists in whole of earnings from personal services.
   ☐ b. Said property consists in part of earnings from personal services.
   ☑ c. Said property does not consist of earnings from personal services.

5. That the following persons are known to claim an interest in property:
None

6. That the garnishee fee established by Utah Code Section 78A-2-216 is attached.

DATED this ___17th___ day of ___June___, 20_19_.

/s/ Jordan K. Cameron
Plaintiff/Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
_____CENTRAL_____ DIVISION

| | | |
|---|---|---|
| ZOOBUH, INC., | * | |
| | * | **WRIT OF GARNISHMENT** |
| Plaintiff, | * | (For garnishment of non-personal |
| | * | services, income, or property) |
| vs. | * | |
| SAVICOM, INC., dba MINDSHARE | * | Civil No.  2:17cv01098 JNP |
| DESIGN; DG INTERNATIONAL | * | |
| Defendant, | * | |
| Bank of America Corporation | * | |
| | * | |
| Garnishee, | * | |
| | * | |

**THE UNITED STATES OF AMERICA TO**: Bank of America Corporation_____,
                                               Garnishee.

You are hereby ordered and commanded by the Court to hold, until further order of this Court, and not pay to defendant all money and other personal property of the Defendant(s) in your possession or under your control, whether now due or hereafter to become due, which are not exempt from execution, up to the amount remaining due on the judgment or order plus court approved costs in this matter (or in the case of a prejudgment writ, the amount claimed to be due), being $ 3,003,500.00_____.

You are required to answer the attached questions or interrogatories and to file your answer with the Clerk of this Court, within five business days of the date this Writ is served upon you, at the following address:

        Clerk, U.S. District Court
        351 S. West Temple St.
        Room 1.100
        Salt Lake City, Utah 84101

You are also required to send a copy of your answers to the plaintiff at the following address:

| | |
|---|---|
| Name: | Jordan K. Cameron, |
| Address: | Durham Jones & Pinegar, P.C. |
| | 3301 N. Thanksgiving Way, Ste 400 |
| | Lehi, UT 84043 |

If you fail to answer, the judgment creditor may ask the Court to order you to pay the amount you should have withheld.

If you are indebted to, or if you hold property or money belonging to the Defendant, you shall mail immediately by first class mail a copy of the Writ of Garnishment and your answer to the Interrogatories, the Notice of Garnishment and Exemptions, and two copies of the Request for Hearing to the Defendant and to anyone else who, according to your records, may have an ownership or other interest in the property or money at the last known address of the Defendant or such other persons shown on your records at the time of the service of this Writ. In lieu of mailings, you may hand-deliver a copy of these documents to the Defendant and other persons entitled to copies.

YOU MAY DELIVER to the officer serving this Writ the portion of Defendant's earnings or income to be held as shown by your answers. You then will be relieved from further liability in this case unless your answers are successfully disputed. You may, in the alternative, hold the money. If you do not receive a copy of a request for hearing withing 20 days of service of your answer to the Interrogatories on the defendant or any other person claiming an interest in the property, you shall pay the money to the plaintiff or plaintiff's attorney. If you receive a copy of a request for hearing within the 20 days, you must hold the money until further order of the court.

DATED this __19th__ day of __June__, 20__19__.

D. MARK JONES
CLERK OF COURT

By: _____
Deputy Clerk