**JORDAN K. CAMERON (12051)**
 *jcameron@djplaw.com*
**DURHAM, JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | **MOTION FOR TRANSFER ORDER RE DOMAINS PURCHASED AT AUCTION**<br><br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

COMES NOW, ZooBuh, Inc. through counsel, and submits this Motion for Entry of Transfer Order. A proposed orders is submitted herewith.

1. On April 4, 2019, this Court entered Judgment in favor of ZooBuh, Inc., in the amount of $3,003,600.00 against DG International Limited.

2. On June 14, 2019, the Court issued a *Second Writ of Execution* against certain domain names.

3. Also, on June 14, 2019, the Court issued *Third Writ of Execution* against certain other domain names.

4. On July 10, 2019, the U.S. Marshal conducted a property auction, after such having been duly noticed, in execution of the *Second* and *Third Writs of Execution*.

5. ZooBuh, Inc. purchased the wed domains at the auction.

6. ZooBuh, Inc.'s purchase is memorialized through a *Bill of Sale*.

7. The *Bill of Sale* was filed by the U.S. Marshal and is included herewith as <u>Exhibit A</u>.

8. As the bona fide purchaser of the domains at auction, ZooBuh is entitled to the immediate possession of the domains.

9. In order that ZooBuh might take possession of the domains, the domains must be transferred into ZooBuh's domain registrant account with is preferred registrar.

10. Therefore, this Court should enter the proposed *Transfer Order*, ordering the transfer of the domains by the domain registry to the domain registrar selected by ZooBuh, Inc. in order that it might take possession if its property.

DATED this 10th day of July, 2019

DURHAM JONES & PINEGAR, P.C.

<u>/s/ Jordan K. Cameron</u>
Jordan K. Cameron
*Attorneys for Plaintiff*