# Exhibit A –
# Bill of Sale

U.S. Department of Justice
United States Marshals Service



FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 10 2019

D. MARK JONES, CLERK
BY_____
        DEPUTY CLERK

# United States Marshal's Bill of Sale

## ADMINISTRATIVE FORFEITURE
(Use Form USM-190A for Court Ordered Sales or Forfeitures)

BE IT KNOWN that I, Matthew D. Harris                                          , United States Marshal for the

District of Utah                                      , by virtue of the Declaration of Forfeiture

dated 7/10/2019                                  , and issued by the United States District Court for the District of Utah
                                                                           *(Department of Justice Forfeiting Agency)*

have on this day sold at Public Auction, or by other lawful means, the following described property, to wit:

See attached pages for description.

to  Zoobuh Inc                          of  10616 Bermuda Cedar Hills, Utah 84002     .
        *(Name)*                                                *(Address)*

NOW THEREFORE, pursuant to 28 C.F.R. § 0.111(i), and in consideration of payment to me by cash, cashier's or certified

check, and/or money order in the amount of $  150.00      , the purchase price and best bid for the above-described

property, I hereby sell, transfer and convey, "AS IS," with no guarantees or warranties, express or implied, all right, title and interest in

the above-described property that I as United States Marshal am authorized to convey by law to

        Zoobuh Inc                        , the purchaser thereof.
        *(Name)*

WITNESS, my hand and official seal hereby affixed on this  10th      day of  July                 , 20 19 ,

Matthew D. Harris                                                      , United States Marshal.

By: Antoine Vaughters
        *(Deputy United States Marshal)*

# NOTICE

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUL 1 0 2019

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>Defendants. | NOTICE OF AUCTION ON PROPERTY<br><br>Case No.: 2:17cv01098 JNP |

TO BE SOLD AT PUBLIC AUCTION on the 10th day of July, 2019, at the hour of 10:00 AM, in the lobby of the Federal Courthouse located at 351 South West Temple, Salt Lake City, Utah 84101. Without any warranties whatsoever, all rights, title, and non-exempt interest of the defendants, DG International Limited and DG International Limited, LLC, in and to the following described property, to wit:

| Description |
|---|
| adultfriendfinderbitches.com      $150.00 |
| amateurvideosonline.com |
| bill-ds.com |
| bootycallads.com |
| bootycalldate.com |
| c-cbill.com |
| citascasuales.com |
| clickconnectllc.com |
| costaricaresidence.com |
| datesociable.org |
| dgbilling.org |
| dgibill.com |
| dginternational.com |
| digibill.org |
| digitallandscapelimited.com |
| digitalspherelimited.com |
| digitalspheremedia.com |
| digitaltagllc.com |
| dlvrer.com |
| dtbill.com |
| dtf7.net |
| exdating.co |
| exdating.org |
| flirtpuppy.co.uk |

Page 1 of 6

flirtpuppy.org.uk
freeadultdatingpersonals.org
fuckingfriendfinder.com
fuckingfriendfinder.net
gbnotifications.com
gbtc1.com
gonnacam.com
hookinguptonight.net
hornyflirtfinder.com
hornymatches.org.uk
icontroltraffic.com
internebula.uk
iou6.net
lbbill.com
lbnotifications.com
lbnotify.com
learnhowtogetanygirl.com
localadulthookup.com
localbooty.com
localbootycams.com
localbootylive.com
localbootyonly.com
lossuenoshouse.com
lossuenosowners.com
md5s.net
mrshub.com
onlinedatingmail.com
onlydtf.com
onlydtfcams.com
personalsmedialtd.com
qdlvry.com
r2d-international.com
redirectsmart.com
sexsearchdating.net
sexsearchpersonals.net
smartbros.com
smtpdlvr.com
snderpro.com
sociabledate.org
thefacebookforsex.com
thefacebookforsex.net
unoclicky.com
vl-bill.com
vllbill.com
vl-ltd.com
wcbill.com
wc-bill.com
web-connectllc.com
wlibill.com

| |
|---|
| xdatenotify.com<br>x-dating.biz<br>xdating.info<br>x-dating.info<br>xdating.org.uk<br>xdating.us<br>xdnotifications.com<br>xdnotify.com<br>xdoffers.com<br>xdpromos.com<br>xpersonals.com<br>xplpay.com |
| Website content, images, customer accounts, accounts receivable, source code, computer code, databases, database content, database dumps, algorithms, and all other web based assets and intellectual property and good will (collectively "Virtual Assets") of the foregoing domains. |
| Website content, images, customer accounts, accounts receivable, source code, computer code, databases, database content, database dumps, algorithms, and all other web based assets and intellectual property and good will (collectively "Virtual Assets") of DG International Limited including all Virtual Assets connected to the following websites:<br><br>adultfriendfinderbitches.com<br>affairsclub.com<br>bill-dg.com<br>billdg.net<br>bill-dgint.com<br>billxd.com<br>bill-xd.com<br>billxd.net<br>connectndate.com<br>costa-rica-fishing.info<br>costaricashopping.com<br>cougarpersonalads.com<br>crtourism.com<br>dateconfirm.com<br>datesociable.org<br>dgbill.com<br>dg-bill.com<br>dgbill.net<br>dgbill.org<br>dgbilling.org<br>dg-charge.com<br>dg-dgbill.com<br>dgfee.com<br>dg-fee.com<br>dgibill.com<br>dgintbill.com |

dgintbill.net
dginternational.com
dginternationalgroup.com
dgmailservice.com
dg-pay.com
dgsocialmail.com
dgxbill.com
dg-xdapay.com
dgxpay.com
dgxpay.net
digibill.org
downtobang.com
downtobang.net
exdating.co
exdating.org
flirtingstudents.com
flirtpuppy.co.uk
flirtpuppy.org.uk
freeadultdatingpersonals.org
fuckingfriendfinder.com
fuckingfriendfinder.net
gonnabang.com
gonnabang.net
handymanjaco.com
hookinguptonight.com
hookinguptonight.net
horneymatches.com
hornymatches.com
hornymatches.net
hornymatches.org.uk
hornymatcheslive.com
hornymatcheslive.net
icrushes.com
internebula.net
internebula.uk
locatingmatch.com
lonelywivesaffairs.com
marriedandlonelypeople.com
meetupinyourcity.com
milf-date.com
milfmatches.com
okfucker.com
onlinedatingmail.com
passionmatches.com
paydgint.com
pay-dgint.com
pay-xd.com
payxd.net
personaldatefinder.com

pimpmansion.com
processingsecure.com
queposfishingreport.com
renthousecostarica.com
renthousecostarica.net
serviceleverage.com
sexdatepersonals.com
sexsearchdating.net
sexsearchpersonals.net
smartbros.com
snderpro.com
sociabledate.org
soyoulike.me
thefacebookforsex.com
thefacebookforsex.net
trueadultdate.com
xaffairs.com
x-affairs.com
xdabill.com
xdalerts.com
xdapay.com
xdapay.net
xdatead.com
xdateads.com
xdatealerts.com
x-dating.biz
xdating.com
x-dating.com
xdating.info
x-dating.info
xdating.org.uk
xdating.us
xd-bill.com
xd-bill.net
xd-charge.com
xd-charge.net
xd-fee.com
xdoffers.com
xd-pay.com
xd-pay.net
xdpromos.com
xmatchup.biz
xmatchup.com
xmatchup.info
xmatchup.mobi
xmatchup.net
xmatchup.org

PAYMENT TO BE MADE IN FULL by way of lawful money (cashier's or certified check – cash or personal checks will not be accepted) of the United States of America immediately upon completion of the auction.

THE PURCHASER will need to request a transfer order from the U.S. District Court District of Utah to send to the domain registrars in order to complete transfer of ownership.

Matthew D. Harris
United States Marshal, District of Utah


By: Casey J. Nelson
Deputy United States Marshal

Published: The Salt Lake Tribune