**JORDAN K. CAMERON (12051)**
 jcameron@djplaw.com
**DURHAM, JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>SAVICOM, INC., et al.<br><br>    Defendants. | **TRANSFER ORDER RE DOMAINS PURCHASED AT AUCTION**<br><br><br>Case No.: 2:17cv01098 JNP<br><br>Judge Jill N. Parrish |

THE UNITED STATES DISTRICT COURT,

TO: Domain registry for the Domains listed on Exhibit A.

You are commanded to transfer the domains listed on Exhibit A to the registrar selected by ZooBuh, Inc. who purchased the property at auction on July 10, 2019.

IT IS SO ORDERED, this _____ day of July, 2019

**BY THE COURT**

_____
Judge Jill Parrish
United States District Judge

SLC_4365310

# EXHIBIT A

**Domains Purchased by ZooBuh, Inc. at Auction**

adultfriendfinderbitches.com
amateurvideosonline.com
bill-ds.com
bootycallads.com
bootycalldate.com
c-cbill.com
citascasuales.com
clickconnectllc.com
costaricaresidence.com
datesociable.org
dgbilling.org
dgibill.com
dginternational.com
digibill.org
digitallandscapelimited.com
digitalspherelimited.com
digitalspheremedia.com
digitaltagllc.com
dlvrer.com
dtbill.com
dtf7.net
exdating.co
exdating.org
flirtpuppy.co.uk
flirtpuppy.org.uk
freeadultdatingpersonals.org
fuckingfriendfinder.com
fuckingfriendfinder.net
gbnotifications.com
gbtc1.com
gonnacam.com
hookinguptonight.net
hornyflirtfinder.com
hornymatches.org.uk
icontroltraffic.com
internebula.uk
iou6.net
lbbill.com
lbnotifications.com
lbnotify.com
learnhowtogetanygirl.com
localadulthookup.com
localbooty.com
localbootycams.com

3

localbootylive.com
localbootyonly.com
lossuenoshouse.com
lossuenosowners.com
md5s.net
mrshub.com
onlinedatingmail.com
onlydtf.com
onlydtfcams.com
personalsmedialtd.com
qdlvry.com
r2d-international.com
redirectsmart.com
sexsearchdating.net
sexsearchpersonals.net
smartbros.com
smtpdlvr.com
snderpro.com
sociabledate.org
thefacebookforsex.com
thefacebookforsex.net
unoclicky.com
vl-bill.com
vllbill.com
vl-ltd.com
wcbill.com
wc-bill.com
web-connectllc.com
wlibill.com
xdatenotify.com
x-dating.biz
xdating.info
x-dating.info
xdating.org.uk
xdating.us
xdnotifications.com
xdnotify.com
xdoffers.com
xdpromos.com
xpersonals.com
xplpay.com

4